IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| LAWRENCE STANFILL EL, | ) | Civil No. 03:13-cv-01647-PK |
| Plaintiff(s), | ) ) ) | **ORDER OF DISMISSAL** |
| v. | ) ) | |
| DANIEL STATON, et al., | ) ) | |
| Defendant(s). | ) | |

IT IS ORDERED that Plaintiff's Unopposed Motion to Voluntarily Dismiss All Claims [23], filed 2/14/14, is GRANTED. This action is DISMISSED without prejudice and without costs or fees to either party.

Dated this 4th day of February, 2014.

by _____
Paul Papak
United States Magistrate Judge